JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE HARDER, | Case No. 2:14-CV-06922-PA (SHx) |
| Plaintiff, | **ORDER TO DISMISS WITHOUT PREJUDICE AND VACATE DECEMBER 3, 2014 ORDER TO SHOW CAUSE** |
| vs. | |
| BRISTOL-MYERS SQUIBB COMPANY LONG TERM DISABILITY PLAN, | |
| Defendant. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

Having reviewed Plaintiff Julie Harder ("Plaintiff") and Defendant Bristol-Myers Squibb Company Long Term Disability Plan's ("Defendant") (collectively, the "Parties") Stipulation to Dismiss Without Prejudice and to Vacate the Court's Order to Show Cause regarding why this matter should not be remanded to the ERISA administrator, the Court HEREBY ORDERS the following:

1. That the above-titled action is dismissed without prejudice.
2. That the December 3, 2014 Order to Show Cause is vacated.

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE